```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 02061
   JENNIFER A DEHMER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7693


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/21/2005 and was confirmed 02/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED           8125.00          906.51       8125.00
DAIMLER CHRYSLER FINANCI  UNSECURED          979.43            .00         979.43
CITIFINANCIAL             CURRENT MORTG         .00            .00             .00
CITIFINANCIAL             MORTGAGE ARRE      340.84            .00         340.84
WASHINGTON MUTUAL         CURRENT MORTG         .00            .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE      964.55            .00         964.55
WATERBURY OF CRESTWOOD C  SECURED            461.00            .00         461.00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00             .00
AMERICASH LOANS LLC       UNSECURED          743.57            .00         743.57
ECAST SETTLEMENT CORP     UNSECURED         6544.81            .00        6544.81
CAPTAL ONE                UNSECURED        NOT FILED           .00             .00
CITI CARDS                UNSECURED        NOT FILED           .00             .00
SCHOLASTIC                UNSECURED        NOT FILED           .00             .00
RESURGENT ACQUISITION LL  UNSECURED          331.23            .00         331.23
ROUNDUP FUNDING LLC       UNSECURED          486.74            .00         486.74
RESURGENT CAPITAL SERVIC  UNSECURED             .00            .00             .00
USA PAY DAY LOANS         UNSECURED          725.00            .00         725.00
WATERBURY OF CRESTWOOD    NOTICE ONLY      NOT FILED           .00             .00
WATERBURY OF CRESTWOOD C  UNSECURED          175.30            .00         175.30
LORRAINE GREENBERG & ASS  DEBTOR ATTY       2,000.00                      2,000.00
TOM VAUGHN                TRUSTEE                                         1,391.60
DEBTOR REFUND             REFUND                                            430.42

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 24,606.00

PRIORITY                                            .00
SECURED                                         9,891.39
   INTEREST                                       906.51

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02061 JENNIFER A DEHMER
```

```
UNSECURED                                             9,986.08
ADMINISTRATIVE                                        2,000.00
TRUSTEE COMPENSATION                                  1,391.60
DEBTOR REFUND                                           430.42
                                 ---------------   ---------------
TOTALS                               24,606.00         24,606.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/24/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
          CASE NO. 05 B 02061 JENNIFER A DEHMER